# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARTHUR GONZALES,
        Plaintiff,

v.                                                                                                                                                    CV No. 19-554 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,
        Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for an Extension of Time*, (Doc. 18), filed January 15, 2020. Having reviewed the motion and noting it is unopposed, the Court finds the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until February 24, 2020, to file a response, and Plaintiff shall have until March 9, 2020, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE