# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARTHUR GONZALES,

    Plaintiff,

v.                                                                                                   CV No. 19-554 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 24), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing With Supporting Memorandum*, (Doc. 17), shall be **GRANTED** and this case shall be **REMANDED** to the Commissioner for further proceedings consistent with this opinion. *See* 42 U.S.C. § 405(g) (sentence four).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE